UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL PATRICK CASEY,

Petitioner,

v.

JAMAL ROWE, Chief Probation Officer, Sacramento County Probation Department, in his official capacity,

Respondent.

No. 2:26-cv-02411 WBS AC, No. 2:26-cv-02412 TLN CSK

ORDER

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because the two cases are brought by the same petitioner against the same respondent and arise from closely connected state prosecutions. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases

under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Casey v. Rowe, No. 2:26-cv-02411 WBS AC, and Casey v. Rowe, No. 2:26-cv-02412 TLN CSK be, and the same hereby are, deemed related. The case denominated Casey v. Rowe, No. 2:26-cv-02412 TLN CSK, shall be reassigned to Judge WILLIAM B. SHUBB and Judge ALLISON CLAIRE. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Casey v. Rowe, No. 2:26-cv-02412 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: September 16, 2026

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE